IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIIVISION

| | | |
|---|---|---|
| **RUBEN VIQUE ARNOLD, AN** | § | |
| **INCAPACITATED PERSON b/n/f** | § | |
| **SARA ARNOLD** | § | |
|     **Plaintiffs** | § | |
| | § | **CIVIL ACTION NO. 1:10-cv-00814-LY** |
| v. | § | |
| | § | |
| **TEXAS SCHOOL FOR THE DEAF** | § | |
| **VIRGIL FLATHOUSE,** | § | |
| **IN HIS INDIVIDUAL AND OFFICIAL** | § | |
| **CAPACITY, AND RANDY DOE,** | § | |
| **IN HIS INDIVIDUAL AND OFFICIAL** | § | |
| **CAPACITY** | § | |
|     **Defendants** | § | |

**O R D E R**

LET IT BE KNOWN that on this _____ day of _____, 2011, *Plaintiffs' Notification of Dismissal* came before this Court.

IT IS ORDERED THAT Plaintiffs' claims against Virgil Flathouse and Randy Doe are hereby DISMISSED WITH PREJUDICE.

                                                            _____
                                                            PRESIDING JUDGE