IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2011 JUL 15  AM 9: 11

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
        DEPUTY

| | | |
|---|---|---|
| RUBEN VIQUE ARNOLD, AN INCAPACITATED PERSON B/N/F SARA ARNOLD, | § | |
| | § | |
| | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO. A-10-CA-814-LY |
| | § | |
| THE TEXAS SCHOOL FOR THE DEAF, VIRGIL FLATHOUSE, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND RANDY DOE, IN HIS INDIVIDUAL OR OFFICIAL CAPACITY, DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action.  On this date, the Court dismissed all claims in this cause.  Accordingly, the Court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this __13th__ day of July, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE